UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAR 3 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Jed Lineberry, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08 0546 |
| United States of America *et al.*, | ) ) ) |
| Defendants. | ) |

### TRANSFER ORDER

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is a federal prisoner confined at the Federal Correctional Institution in Texarkana, Texas. Invoking 42 U.S.C. § 1983 and the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§ 1346(b), 2671-2680, plaintiff claims that policies, procedures and practices applied to him at the prison violate the Sixth, Eighth and Fourteenth Amendments to the Constitution. He seeks monetary damages exceeding $10 million.

The events forming the basis of the complaint are not alleged to have occurred in the District of Columbia; thus, this venue is improper for litigating the claims. See 28 U.S.C. § 1391(b) (designating the proper venue under the circumstances presented as the location where a substantial part of the events occurred); 28 U.S.C. § 1402(b) (FTCA venue is proper "only in the judicial district where the plaintiff resides or wherein the act or omission complained of occurred."). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is this 25 day of March 2008,

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the Eastern District of Texas. The Clerk of this Court shall

file and docket the complaint. Whether plaintiff should be permitted to proceed further without prepayment of fees is a determination to be made by the transferee court.

*Rosemary M. Collyer*
United States District Judge